**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IRAN EMMANUEL HERNANDEZ, | ) | NO. SACV 09-00050-CAS (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.L. GOWER, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 10, 2012

*[signature: Christina A. Snyder]*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE